946

No. 498, Misc. JORDAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 828, Misc. LEMONS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 866, Misc. HAGHIGHI ET AL. v. ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 867, Misc. SCHLUETER v. EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 868, Misc. TAYLOR v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 907, Misc. HILLERY v. WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 910, Misc. GANDY v. WATKINS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 920, Misc. RUARK v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 548. ROBINSON v. ILLINOIS HIGH SCHOOL ASSOCIATION ET AL., 379 U. S. 960; and
No. 564. TISONE v. OHIO, 379 U. S. 644. Petitions for rehearing denied.

No. 104, Misc. JACK v. WASHINGTON, 379 U. S. 856 Motion for leave to file petition for rehearing denied.